_____



   **SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **STEPHANIE BERNARD & JARED AUSTIN BELLEW** | **CASE NO. 23-50866-KMS** |

**ORDER RELEASING EARNINGS OF DEBTOR**
**JARED AUSTIN BELLEW (SSN # XXX-XX-1132)**

THE ORDER **(Dkt. 44)** heretofore entered in these proceedings by which the debtor's employer:

      **HARRISON COUNTY BOARD OF SUPERVISORS**
      **842 COMMERCE STREET; Attn: PAYROLL DEPT/HR**
      **GULFPORT MS 39507**

was directed to pay Debtor's wages or a portion thereof to:

      **WARREN A. CUNTZ, JR. TRUSTEE**
      **P.O. BOX 3749**
      **GULFPORT MS 39505-3749**
      **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##