_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

IN RE:                                                                                             CHAPTER 13

**STEPHANIE BERNARD & JARED AUSTIN BELLEW**                   Case No. 23-50866-KMS

**ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES OF
DEBTOR, JARED AUSTIN BELLEW (SSN #XXX-XX-1132)**

IT APPEARING TO THE COURT that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan. The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**Biloxi Police Department
PO Box 429
Biloxi MS 39533**

is directed to deduct from Debtor's wages the sum of **$1,327.00 MONTHLY, BEGINNING IMMEDIATELY.**

**\*\*\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY)\*\*\***

The deducted funds are to be paid to Debtor(s) Case Trustee:

**WARREN A. CUNTZ, JR., TRUSTEE
P.O. BOX 3749
GULFPORT, MS 39505-3749
(228) 831-9531**

**\*Please notate the Debtor's name and case number on the payment to the Trustee.\***
The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor(s)

**##END OF ORDER##**