United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 23-50866-KMS
Stephanie Bernard Bellew Chapter 13
Jared Austin Bellew
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: pdf012 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Stephanie Bernard Bellew, Jared Austin Bellew, 5512 J Preston Rd, Saucier, MS 39574-9218 |
| | + | HARRISON COUNTY BOARD OF SUPERVISORS, 842 COMMERCE STREET, Attn: PAYROLL DEPT/HR, GULFPORT, MS 39507-3321 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 04, 2026      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:

**Name**      **Email Address**

Joseph Justin Saffle
     on behalf of Creditor OneMain Financial Group LLC justin@wilkinsonlawms.com, bk@wilkinsonlawms.com

Thomas Carl Rollins, Jr
     on behalf of Joint Debtor Jared Austin Bellew trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr
     on behalf of Debtor Stephanie Bernard Bellew trollins@therollinsfirm.com
     jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: pdf012 | Total Noticed: 2 |

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.
    wcuntzcourt@gport13.com waccourt1@gmail.com

TOTAL: 5

___



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: January 2, 2026**

The Order of the Court is set forth below. The docket reflects the date entered.
___

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

IN RE:                                                         CHAPTER 13
STEPHANIE BERNARD & JARED AUSTIN BELLEW                        CASE NO. 23-50866-KMS

**ORDER RELEASING EARNINGS OF DEBTOR**
**JARED AUSTIN BELLEW (SSN # XXX-XX-1132)**

THE ORDER **(Dkt. 44)** heretofore entered in these proceedings by which the debtor's employer:

> **HARRISON COUNTY BOARD OF SUPERVISORS**
> **842 COMMERCE STREET; Attn: PAYROLL DEPT/HR**
> **GULFPORT MS 39507**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

##END OF ORDER##