_____



**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: May 26, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

**IN RE:**
**STEPHANIE BERNARD BELLEW**                          **CHAPTER 13**

**JARED AUSTIN BELLEW**                          **CASE NO: 23-50866-KMS**

### ORDER RELEASING EARNINGS OF DEBTOR
#### JARED AUSTIN BELLEW (SSN # XXX-XX-1132)

THE ORDER **(Dkt. 51)** heretofore entered in these proceedings by which the debtor's employer:

> **BILOXI POLICE DEPARTMENT**
> **P O BOX 429**
> **BILOXI, MS 39533**

was directed to pay Debtor's wages or a portion thereof to:

> **WARREN A. CUNTZ, JR. TRUSTEE**
> **P.O. BOX 3749**
> **GULFPORT MS 39505-3749**
> **(228) 831-9531 / (228) 831-9902**

**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**

**##END OF ORDER##**