B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

Southern District of Mississippi

In re _STEPHANIE BERNARD BELLEW AND JARED AUSTIN BELLE_  Case No. _23-50866_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

_____Jefferson Capital Systems, LLC_____
Name of Transferee

W.S.Badcock Corporation_____
Name of Transferor

Name and Address where notices to transferee should be sent:
    Jefferson Capital Systems, LLC
    PO Box 7999
    St. Cloud , MN 56302-9617

Phone: _800-928-7314_____
Last Four Digits of Acct #: _____4995_____

Court Claim # (if known): _____1_____
Amount of Claim: _____$576.12_____
Date Claim Filed: _____06/22/2023____

Phone: _____
Last Four Digits of Acct. #: ____4995___

Name and Address where transferee payments should be sent (if different from above):
    Jefferson Capital Systems, LLC
    PO Box 772813
    Chicago , IL 60677-2813
Phone: __800-928-7314_____
Last Four Digits of Acct #:_____4995_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: _/s/ Tina Ochoa_____
        Transferee/Transferee's Agent

Date:__06/08/2026_____

_Penalty for making a false statement:_ Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.