United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                      Case No. 23-50866-KMS

Stephanie Bernard Bellew                                                    Chapter 13

Jared Austin Bellew

　　Debtors

# CERTIFICATE OF NOTICE

| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 20, 2026 | Form ID: pdf012 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##              Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 22, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Stephanie Bernard Bellew, Jared Austin Bellew, 5512 J Preston Rd, Saucier, MS 39574-9218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/PDF: cbp@omf.com | Jul 20 2026 19:52:20 | OneMain Financial Group, LLC, c/o Wilkinson Law Firm P.C., 511 Keywood Circle, Flowood, MS 39232-3019 |
| 5244997 | + Email/PDF: cbp@omf.com | Jul 20 2026 19:52:16 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 5252778 | Email/PDF: cbp@omf.com | Jul 20 2026 19:52:20 | OneMain Financial Group, LLC, OneMain, PO Box 3251, Evansville, IN 47731-3251 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
|  | ##+ | Progressive Insurance, 1076 Highland Colony Parkway Ste 100, Ridgeland, MS 39157-8830 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 22, 2026                          Signature:          /s/Gustava Winters

District/off: 0538-6                  User: mssbad                  Page 2 of 2

Date Rcvd: Jul 20, 2026            Form ID: pdf012             Total Noticed: 4

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 20, 2026 at the address(es) listed below:**

**Name**            **Email Address**

Joseph Justin Saffle

on behalf of Creditor OneMain Financial Group  LLC justin@wilkinsonlawms.com, bk@wilkinsonlawms.com

Thomas Carl Rollins, Jr

on behalf of Debtor Stephanie Bernard Bellew trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

on behalf of Joint Debtor Jared Austin Bellew trollins@therollinsfirm.com
jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

USTPRegion05.JA.ECF@usdoj.gov

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

_____

SO ORDERED,





**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 20, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:    Stephanie Bernard Bellew                    Case No. 23-50866-KMS
         Jared Austin Bellew, Debtors                          CHAPTER 13

### ORDER MODIFYING CHAPTER 13 PLAN

THIS CAUSE having come on this date on the Debtors' Motion to Modify Plan (DK # 63 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors does find as follows:

IT IS THEREFORE ORDERED that the Debtor's Motion to Modify Plan is granted. This Order binds those creditors and parties in interest that have been properly served. Debtor shall surrender the 2012 Honda Civic ("Vehicle") to OneMain Financial, LLC, Inc. ("Creditor"). Progressive Insurance ("Insurance Company") shall turn over all insurance proceeds covering the Vehicle to the Creditor. Trustee shall cease further payments to Creditor related to the Vehicle. The Creditor shall transfer title of the Vehicle to the Insurance Company. If any funds remain after the Vehicle is paid off, they shall be turned over to Debtor to purchase a replacement vehicle. The bankruptcy plan payments shall be reduced to the amount necessary to cease ongoing distributions to the Creditor. and to continue to pay the priority and secured claims as ordered in the confirmed Plan. Trustee is authorized to adjust the wage order, if needed, for the modification and to cure any deficiency if it exists. Debtor must make payments as specified by modification.

##END OF ORDER##

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR