_____

**SO ORDERED,**



**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**IN RE:**                                                         **CHAPTER 13**
STEPHANIE BERNARD BELLEW                        **CASE NO.:  23-50866 KMS**
**JARED AUSTIN BELLEW**

### *AMENDED*ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES of
### JOINT DEBTOR, JARED AUSTIN BELLEW (S.S.N. XXX-XX-1132)

**IT APPEARING TO THE COURT** that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**CITY OF PASS CHRISTIAN**
**200 W SCENIC DR**
**PASS CHRISTIAN, MS 39571**

**is directed to deduct from Debtor's wages the amended sum of *$1,159.00* per month, effective with the payment due before noon on July 31st, 2026.**  Payments can be made either electronically through TFSBillpay.com/employer or mailed. If mailed, please include the name, case number, made payable to: Warren A. Cuntz, Jr., Trustee and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**\*THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM ON OR BEFORE THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, REGARDLESS OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY.)**

The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.

**##END OF ORDER##**

_____

1 Adjusted plan payment due to Order Modifying Chapter 13 Plan (Dkt. 66) .