United States Bankruptcy Court
Southern District of Mississippi

In re:                                                                        Case No. 23-50866-KMS

Stephanie Bernard Bellew                                                      Chapter 13

Jared Austin Bellew

        Debtors

# CERTIFICATE OF NOTICE

District/off: 0538-6                    User: mssbad                          Page 1 of 2

Date Rcvd: Jul 27, 2026                 Form ID: pdf012                       Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 29, 2026:**

**Recip ID              Recipient Name and Address**
db/jdb                + Stephanie Bernard Bellew, Jared Austin Bellew, 5512 J Preston Rd, Saucier, MS 39574-9218

                      + City of Pass Christian, 200 W Scenic Dr, Pass Christian, MS 39571-4325

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 29, 2026                      Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 27, 2026 at the address(es) listed below:**

**Name                   Email Address**

Joseph Justin Saffle

                        on behalf of Creditor OneMain Financial Group  LLC justin@wilkinsonlawms.com, bk@wilkinsonlawms.com

Thomas Carl Rollins, Jr

                        on behalf of Joint Debtor Jared Austin Bellew trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

Thomas Carl Rollins, Jr

                        on behalf of Debtor Stephanie Bernard Bellew trollins@therollinsfirm.com
                        jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com

United States Trustee

                        USTPRegion05.JA.ECF@usdoj.gov

District/off: 0538-6       User: mssbad       Page 2 of 2

Date Rcvd: Jul 27, 2026       Form ID: pdf012       Total Noticed: 2

Warren A. Cuntz T1, Jr.

wcuntzcourt@gport13.com  waccourt1@gmail.com

TOTAL: 5

_____



SO ORDERED,

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: July 27, 2026**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| STEPHANIE BERNARD BELLEW | **CASE NO.:  23-50866 KMS** |
| **JARED AUSTIN BELLEW** | |

### *AMENDED*ORDER DIRECTING EMPLOYER TO DEDUCT FROM WAGES of
### JOINT DEBTOR, JARED AUSTIN BELLEW (S.S.N. XXX-XX-1132)

    **IT APPEARING TO THE COURT** that the above-referenced Debtor has subjected earnings to the jurisdiction of this Court and that the employer for the Debtor is subject to such Orders of this Court as are necessary to effectuate the provisions of the Debtor's proposed bankruptcy plan.[1]  The Court hereby orders, in keeping with 11 U.S.C. §1306(a)(2), 1322(a)(1), § 1325(c) and § 1326(a)(1)(A), that:

**CITY OF PASS CHRISTIAN**
**200 W SCENIC DR**
**PASS CHRISTIAN, MS 39571**

**is directed to deduct from Debtor's wages the amended sum of *$1,159.00* per month, effective with the payment due before noon on July 31st, 2026.**  Payments can be made either electronically through TFSBillpay.com/employer or mailed. If mailed, please include the name, case number, made payable to: Warren A. Cuntz, Jr., Trustee and mail to:

**WARREN A. CUNTZ, JR., TRUSTEE**
**P.O. BOX 3749**
**GULFPORT, MS 39505-3749**
**(228) 831-9531**

**\***THE TRUSTEE "MUST" RECEIVE THE FOREGOING SUM **ON OR BEFORE** THE LAST BUSINESS DAY OF EACH MONTH THEREAFTER, <u>REGARDLESS</u> OF THE DEBTOR'S PAYROLL INTERVAL (ie. WEEKLY, BI-WEEKLY OR SEMI-MONTHLY.)

    The foregoing monthly deduction shall continue until such time as the employer receives an Order from this Court releasing the wages of the Debtor.

### ##END OF ORDER##

_____

1 Adjusted plan payment due to Order Modifying Chapter 13 Plan (Dkt. 66) .